UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KRISTIN BEREUTER, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:21-cv-00897-O |
| CITY of GRAPEVINE, TEXAS, | § § § | |
| Defendant. | § § | |

### ORDER

Before the Court is the Agreed Motion to Dismiss with Prejudice (ECF No. 28), filed June 29, 2022. The parties indicate they have settled their dispute and request that the Court dismiss the case with prejudice. Accordingly, the Court **GRANTS** the motion and **DISMISSES** the case with prejudice.

**SO ORDERED** on this **29th day** of **June, 2022.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE