UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KRISTIN BEREUTER, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:21-cv-00897-O |
| CITY of GRAPEVINE, TEXAS, | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

This Judgment is issued according to Federal Rule of Civil Procedure 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The case is **DISMISSED with prejudice**.

2. The clerk shall transmit a true copy of this Judgment to the parties.

**SO ORDERED** on this **29th day** of **June, 2022.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE